UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GEORGE WASHINGTON PENSON, | ) | CASE NO. 1:13 CV 1152 |
| Petitioner, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) | JUDGMENT ENTRY |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/Donald C. Nugent 8/30/13

DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE